**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Emory Joseph BOUCHER,**
**Defendant—Appellant.**

No. 01–50678.
D.C. No. CR–90–00950–JNK.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 10, 2003.*

Decided Feb. 13, 2003.

---

Before LEAVY, FERNANDEZ and BERZON, Circuit Judges.

MEMORANDUM**

Emory Joseph Boucher appeals the sentence imposed upon revocation of his term of supervised release. He contends that 18 U.S.C. § 3583, which authorizes the imposition of a term of supervised release, is unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). This contention is foreclosed by our recent decision in *United States v. Liero*, 298 F.3d 1175, 1177–78 (9th Cir.2002), *cert. den.*, —— U.S. ——, 123 S.Ct. 913, —— L.Ed.2d ——, 71 U.S.L.W. 3473 (U.S. Jan. 13, 2003).

**AFFIRMED.**

---

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daniel Santiago RAMIREZ,**
**Defendant–Appellant.**

No. 01–50651.
D.C. No. CR–96–00050–AHS–01.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Feb. 10, 2003.*

Decided Feb. 13, 2003.

Before LEAVY, FERNANDEZ, and BERZON, Circuit Judges.

MEMORANDUM**

Daniel Santiago Ramirez appeals the 24–month sentence imposed following revocation of his term of supervised release. We have jurisdiction pursuant to 28 U.S.C. § 1291 and 18 U.S.C. § 3742(a). We review de novo, *United States v. Gonzalez,* 262 F.3d 867, 869 (9th Cir.2001) (per curiam), and we affirm.

Ramirez contends that the district court engaged in impermissible double-counting in sentencing him for a violation of supervised release. Specifically, he contends that a fight he had while in custody for bank robberies committed while on supervised release factored into both his sentence for violation of supervised release and his sentence for the later bank robberies. Upon review of the record, we find no error. *See United States v. Archdale,* 229 F.3d 861, 869 (9th Cir.2000).

**AFFIRMED.**

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.